RIGHTOR et al. *v.* DE LIZARDI et al.

In an action for a partition of land all the parties in interest must be joined; and it devolves on the plaintiff, on an issue made by one of the defendants, to show that the proper parties are before the court. C. C. 1252. C. P. 1024.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Preston*, for the plaintiffs. *T. A. Clarke*, for the appellant. The judgment of the court (*Slidell*, J. not sitting on account of relationship to one of the parties,) was pronounced by

KING, J. The plaintiffs allege themselves to be the owners of a large tract of land, in partnership with the defendants, and have instituted this suit for a partition. The defendant *Slidell* alone opposed the action. A judgment was rendered in the court below in accordance with the prayer of the plaintiffs, and the defendant, *Slidell*, has appealed.

RIGHTOR
*v.*
DE LIZARDI.

An insuparable objection presents itself to our affirming the judgment appealed from. *Rightor* and wife claimed three-ninths of the land held in partnership, but have shown no title in themselves. The evidence in the record would show them to be without title, and that the portion claimed by them belongs to other parties. It is true that, two of the plaintiffs have shown themselves to be joint owners, and they have an undoubted right to claim a partition. C. C. art. 1215, 1227. But it is indispensable to the validity of the proceedings that all the parties in interest should be joined in the action ; and it devolved upon the plaintiffs, upon the issue made by one of the defendants, to show that the proper parties were before the court. C. C. 1252. C. P. 1024. *Farrar* v. *Newport et al.* 17 La. 348.

It is, therefore, ordered that the judgment in this case be reversed, and that it be remanded for further proceedings according to law ; the plaintiff *Rightor*, and wife paying the costs of this appeal.